# U.S. District Court
## Western District of Kentucky (Louisville)
### CIVIL DOCKET FOR CASE #: 3:12–cv–00032–CRS–JDM

Stevens v. Amazon.com, Inc.  
Assigned to: Judge Charles R. Simpson, III  
Referred to: Magistrate Judge James D. Moyer  
Demand: $5,000,000  
 related Case:   3:12–cv–00036–CRS  
Cause: 28:1331 Fed. Question  

Date Filed: 01/16/2012  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Theresa D. Stevens**  
*On behalf of herself and all others similarly situated*

represented by **Ben Barnow**  
Barnow &Associates PC  
One North LaSalle Street, Suite 4600  
Chicago, IL 60602  
312–621–2000  
Fax: 312–641–5504  
Email: b.barnow@barnowlaw.com  
*ATTORNEY TO BE NOTICED*

**Erich P. Schork**  
Barnow &Associates PC  
One North LaSalle Street, Suite 4600  
Chicago, IL 60602  
312–621–2000  
Fax: 312–641–5504  
Email: e.schork@barnowlaw.com  
*ATTORNEY TO BE NOTICED*

**Mark K. Gray**  
Gray &White  
713 E. Market Street, Suite 200  
Louisville, KY 40202  
502–805–1800  
Fax: 502–618–4059  
Email: mgray@grayandwhitelaw.com  
*ATTORNEY TO BE NOTICED*

**Richard L. Coffman**  
The Coffman Law Firm  
505 Orleans, Suite 505  
Beaumont, TX 77701  
409–833–7700  
Fax: 866–835–8250  
Email: rcoffman@coffmanlawfirm.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Amazon.com, Inc.**<br>*doing business as*<br>Zappos.com, Inc | represented by | **Lisa Catherine DeJaco**<br>Wyatt, Tarrant &Combs LLP – Louisville<br>500 West Jefferson Street, Suite 2800<br>Louisville, KY 40202–2898<br>502–589–5235<br>Fax: 502–589–0309<br>Email: ldejaco@wyattfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian C. Frontino**<br>Stroock Stroock &Lavan, LLP<br>2029 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067–3086<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey B. Bell**<br>Stroock Stroock &Lavan, LLP<br>2029 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067–3086<br>*ATTORNEY TO BE NOTICED*<br><br>**Julia Beatrice Strickland**<br>Strook Strook and Lavan<br>2029 Century Park, East<br>Suite 1800<br>Los Angeles, CA 90067–3004<br>310–556–5800<br>Fax: 556–5959<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott M. Pearson**<br>Stroock Stroock &Lavan<br>2029 Century Park E<br>18th Floor<br>Los Angeles, CA 90067–3086<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2012 | Ï 1 | COMPLAINT against Amazon.com, Inc. Filing fee $ 350, receipt number 0644–1356253, filed by Theresa D. Stevens. (Attachments: # 1 Cover Sheet, # 2 Summons) (PRM) (Entered: 01/17/2012) |
| 01/16/2012 | Ï 2 | Case Assignment (Random Selection): Case Assigned to Joseph H. McKinley, Jr.. (PRM) (Entered: 01/17/2012) |
| 01/16/2012 | Ï 3 | Summons Issued as to Amazon.com, Inc.. **Counsel for Plaintiff is responsible for printing and serving the attached issued summons(es).** (PRM) (Entered: 01/17/2012) |
| 01/16/2012 | Ï 4 | |

| | | |
|---|---|---|
| | | ORDER [eboc[ by Chief Judge Joseph H. McKinley, Jr on 1/17/2012; Referring Case to Magistrate Judge James D. Moyer for determination of nondispositive matters.cc:counsel (PRM) (Entered: 01/17/2012) |
| 01/23/2012 | Ï 5 | SUMMONS Returned Executed by Theresa D. Stevens. Amazon.com, Inc. served on 1/18/2012, answer due 2/8/2012. (Attachments: # 1 Summons Issued for Service by Clerk of Court) (Gray, Mark) (Entered: 01/23/2012) |
| 01/24/2012 | Ï 6 | ORDER REASSIGNING CASE by Chief Judge Joseph H. McKinley, Jr.: this matter is transferred to the Honorable Charles R. Simpson, III, for final disposition. All future pleadings shall be filed under the following Civil Action Number 3:12CV–32–S. cc:counsel, RK (JBM) (Entered: 01/24/2012) |
| 01/24/2012 | Ï 7 | Case Assignment (Civil/Recusal/Reassignment): Case Assigned to Judge Charles R. Simpson III. (TLB) (Entered: 01/25/2012) |
| 01/27/2012 | Ï 8 | MOTION for Richard L. Coffman to Appear Pro Hac Vice Filing fee $ 65, Receipt #L33029348. Responses due by 2/21/2012 (Attachments: # 1 Affidavit, # 2 Proposed Order) (SJS) (Entered: 01/27/2012) |
| 02/02/2012 | Ï 9 | ORDER granting 8 Motion for Attorney Richard L. Coffman to Appear Pro Hac Vice. Signed by Judge Charles R. Simpson, III on 2/2/12. cc:counsel (JBM) (Entered: 02/02/2012) |
| 02/08/2012 | Ï 10 | MOTION for Extension of Time to File Answer re 1 Complaint by Defendant Amazon.com, Inc. Responses due by 2/18/2012 (Attachments: # 1 Proposed Order) (DeJaco, Lisa) (Entered: 02/08/2012) |
| 02/09/2012 | Ï 11 | ORDER granting 10 Motion for Extension of Time to Answer. Defendant shall have through 3/5/2012 to file a responsive pleading. Signed by Judge Charles R. Simpson, III on 2/9/12. cc:counsel (JBM) (Entered: 02/09/2012) |
| 02/13/2012 | Ï 12 | MOTION for attorney Ben Barnow to Appear Pro Hac Vice. Filing fee $ 65. (receipt #L33029560) by Plaintiff Theresa D. Stevens; Responses due by 3/8/2012 (Attachments: # 1 Affidavit, # 2 Proposed Order) (JBM) (Entered: 02/13/2012) |
| 02/13/2012 | Ï 13 | MOTION for Erich P. Schork to Appear Pro Hac Vice Filing fee $ 65. (receipt# L33029561) by Plaintiff Theresa D. Stevens. Responses due by 3/8/2012 (Attachments: # 1 Affidavit, # 2 Proposed Order) (JBM) (Entered: 02/13/2012) |
| 02/15/2012 | Ï 14 | ORDER granting 12 Motion for Attorney Ben Barnow to Appear Pro Hac Vice. Signed by Magistrate Judge James D. Moyer on 2/15/12. cc:counsel (JBM) (Entered: 02/15/2012) |
| 02/15/2012 | Ï 15 | ORDER granting 13 Motion for Attorney Erich P. Schork to Appear Pro Hac Vice. Signed by Magistrate Judge James D. Moyer on 2/15/12. cc:counsel (JBM) (Entered: 02/15/2012) |
| 02/29/2012 | Ï 16 | MOTION for Extension of Time to File Answer re 1 Complaint by Defendant Amazon.com, Inc. Responses due by 3/10/2012 (Attachments: # 1 Proposed Order) (DeJaco, Lisa) (Entered: 02/29/2012) |
| 03/01/2012 | Ï 17 | Notice of MOTION filed at MDL Panel to Transfer Case to the United States District Court for the District of Nevada for Coordinated or Consolidated Pretrial Proceedings. Filed by Defendant Amazon.com, Inc. (JBM) Modified on 3/6/2012– changed from motion to notice (TLB). (Entered: 03/05/2012) |
| 03/05/2012 | Ï 18 | ORDER granting 16 Motion for Extension of Time to Answer. Defendant shall file its responsive pleading on or before 3/12/2012. Signed by Magistrate Judge James D. Moyer on 3/5/12. cc:counsel (JBM) (Entered: 03/05/2012) |

| | | |
|---|---|---|
| 03/09/2012 | 19 | Third MOTION for Extension of Time to File Answer re 1 Complaint by Defendant Amazon.com, Inc. Responses due by 3/19/2012 (Attachments: # 1 Proposed Order) (DeJaco, Lisa) (Entered: 03/09/2012) |
| 03/14/2012 | 20 | ORDER granting 19 Motion for Extension of Time to Answer. Defendant shall file its responsive pleading by 3/14/2012. Signed by Judge Charles R. Simpson, III on 3/13/12. cc:counsel (JBM) (Entered: 03/14/2012) |
| 03/14/2012 | 21 | MOTION to Transfer Case by Defendant Amazon.com, Inc. Responses due by 4/7/2012 (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1–Declaration of Arun Rajan, # 3 Exhibit 1A–Terms of Use for Zappos.com Website, # 4 Exhibit 2–Declaration of Scott M. Pearson, # 5 Exhibit 2A–Multidistrict Litigation Motion, # 6 Exhibit 2B, part 1–Schedule of Actions and Complaints, # 7 Exhibit 2B, part 2–Schedule of Actions and Complaints, # 8 Exhibit 2B, part 3–Schedule of Actions and Complaints, # 9 Exhibit 2B, part 4–Schedule of Actions and Complaints, # 10 Exhibit 2B, part 5–Schedule of Actions and Complaints, # 11 Exhibit 2B, part 6–Schedule of Actions and Complaints, # 12 Exhibit 2C–Relethford Complaint, # 13 Exhibit 2D–Metoyer Complaint, # 14 Exhibit 2E–Priera Complaint, # 15 Proposed Order Order, # 16 Proposed Order Alternate Order) (DeJaco, Lisa) (Entered: 03/14/2012) |
| 03/26/2012 | 22 | NOTICE of filing of Response to Motion re 21 MOTION to Transfer Case . Replies due by 4/12/2012. (JBM) Modified text on 3/27/2012 (JBM). (Entered: 03/27/2012) |
| 04/02/2012 | 23 | NOTICE of Potential Tag–Along Action re:MDL 2357 by Amazon.com, Inc. Associated Cases: 3:12–cv–00036–CRS (MLG) (Entered: 04/06/2012) |
| 04/02/2012 | 24 | Notice of REPLY filed at MDL Panel to Motion to Transfer Case to the United States District Court for the District of Nevada for Coordinated or Consolidated Pretrial Proceedings. (TLB) (Entered: 04/12/2012) |
| 04/17/2012 | 25 | MOTION for Julia B. Strickland to Appear Pro Hac Vice Filing fee $ 65, receipt number 0644–1406919.by Defendant Amazon.com, Inc. Responses due by 5/11/2012 (Attachments: # 1 Affidavit of Julia B. Strickland, # 2 Proposed Order) (DeJaco, Lisa) (Entered: 04/17/2012) |
| 04/17/2012 | 26 | MOTION for Brian C. Frontino to Appear Pro Hac Vice Filing fee $ 65, receipt number 0644–1406941.by Defendant Amazon.com, Inc. Responses due by 5/11/2012 (Attachments: # 1 Affidavit of Brian C. Frontino, # 2 Proposed Order) (DeJaco, Lisa) (Entered: 04/17/2012) |
| 04/17/2012 | 27 | MOTION for Jeffrey B. Bell to Appear Pro Hac Vice Filing fee $ 65, receipt number 0644–1406950.by Defendant Amazon.com, Inc. Responses due by 5/11/2012 (Attachments: # 1 Affidavit of Jeffrey B. Bell, # 2 Proposed Order) (DeJaco, Lisa) (Entered: 04/17/2012) |
| 04/17/2012 | 28 | MOTION for Scott M. Pearson to Appear Pro Hac Vice Filing fee $ 65, receipt number 0644–1406959.by Defendant Amazon.com, Inc. Responses due by 5/11/2012 (Attachments: # 1 Affidavit of Scott M. Pearson, # 2 Proposed Order) (DeJaco, Lisa) (Entered: 04/17/2012) |
| 04/19/2012 | 29 | ORDER by Magistrate Judge James D. Moyer on 4/19/2012 granting 27 Motion to Appear Pro Hac Vice by Jeffrey B. Bell. cc:counsel (TLB) (Entered: 04/19/2012) |
| 04/19/2012 | 30 | ORDER by Magistrate Judge James D. Moyer on 4/19/2012 granting 26 Motion to Appear Pro Hac Vice by Brian C. Frontino. cc:counsel (TLB) (Entered: 04/19/2012) |
| 04/19/2012 | 31 | ORDER by Magistrate Judge James D. Moyer on 4/19/2012 granting 28 Motion to Appear Pro Hac Vice by Scott M. Pearson. cc:counsel (TLB) (Entered: 04/19/2012) |
| 04/19/2012 | 32 | ORDER by Magistrate Judge James D. Moyer on 4/19/2012 granting 25 Motion to Appear Pro Hac Vice by Julia B. Strickland. cc:counsel (TLB) (Entered: 04/19/2012) |
| 06/20/2012 | 33 | |

| | | CONDITIONAL TRANSFER ORDER from District of Nevada re MDL 2357. (TLB) (Entered: 06/20/2012) |